# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT

LAPONZO M. DALLAS

    V.    Plaintiff    Case no. 16-CV-720

Milwaukee County,
David Clarke, Sheriff,
Clinic Supervisor, Jan and John Doe's
Clinic Doctor's, Jan and John Doe's
Chief Jailer,
Jan Doe Jailer,
Jailer Marchant,
Mary Guimont, Public Defender
Armor, Service
House of Corr. Hafemann, Warden
Jan Doe, Jailer, John Doe Lt.
Medical Staff,
Paul Bargren Corporation Counsel
John Doe Milwaukee County Nurse, Jail
Female Nurse Froedtert Hospital Milwaukee
Wisconsin Dept of Corr., Prison Dr. Horn, U.W. Hospital
Doctor's
Jan Doe White Female Nurse Practitioner Milwaukee

        Defendant's

NOTICE OF APPEAL IS HEREBY GIVEN that plaintiff gives notice of appealing the Hon. Dist. Judge James D. Peterson

2017 FEB -6 AM 9:45 PETER OPPENEER CLERK US DIST COURT WD OF WI — DOC NO REC'D/FILED

Order Enter Jan 5th 2017 And Order Enter Jan. 26, 2017 Dismissing The "Chief Jailer And other Defendant(s) Under him" (Chief Jailer) Erro And plaintiff's "motion(s)" to Amend And "Join new merited claim(s) And defendant(s) under plaintiff's initial pleadings: This Appeal is taken in Good Faith.

The plaintiff's is still "Currently" poor with no money on his Inmate account and etal. And Request To proceed In Forma Pauperis on this Appeal.

The plaintiff Address mt change to 1018 N. 35th mil,

Dated 2-1-17

cc: Atty's.

P. Lapanza Dallas
Milwaukee County Jail
949 N. 9th Street
Milwaukee WI 53233
POD 4-C-Cell 2