IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LAPONZA DALLAS,

    Plaintiff,

v.

THE COUNTY OF MILWAUKEE, et al.,

    Defendants.

ORDER

Case No. 16-cv-720-bbc

---

On January 26, 2017, the court entered an order assessing plaintiff Laponza Dallas, an initial partial filing fee of $24.50 by using plaintiff's inmate account statement, dkt. #3, that plaintiff submitted in support of his motion to proceed without prepayment of the filing fee. On February 2, 2017, the Milwaukee County Sheriff's Office submitted a letter along with a copy of plaintiff's most recent inmate account statement, dkt. #17, stating plaintiff has a negative amount in his inmate account, and, therefore, no funds are available to pay the $24.50 initial partial payment. Under these circumstances, the court will waive the $24.50 initial partial filing fee. However, plaintiff is advised that pursuant to the Prison Litigation Reform Act, the full $350 filing fee remains plaintiff's obligation. 28 U.S.C. § 1915A. Furthermore, if funds do become available from plaintiff's inmate account, the Milwaukee County Sheriff's Office is obligated to deduct those funds and send them as monthly payments to the court until the filing fee in this case is paid in full.

ORDER

IT IS ORDERED that the $24.50 initial partial filing fee assessed to plaintiff Laponza Dallas for filing this case is waived.

Entered this 10th day of February, 2017.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge