# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

___

**LAPONZO M. DALLAS**,
   **Plaintiff**,

v.                Case No. 17-CV-640

**COUNTY OF MILWAUKEE et al.**
   **Defendants.**

___

## ORDER

On March 6, 2018, plaintiff moved to dismiss this case without prejudice. Docket No. 120. Defendants do not oppose plaintiff's motion, Docket No. 121, so I will grant it. Plaintiff also moves for leave to file documentation in connection with criminal charges pending against him, but that case is unrelated to his claims in this case.

**THEREFORE, IT IS ORDERED** that plaintiff's motion to dismiss without prejudice (Docket No. 120) is **GRANTED**, and this action is **DISMISSED without prejudice**. The Clerk of Court shall enter judgment accordingly.

**IT IS FURTHER ORDERED** that plaintiff's motion for leave to file documents (Docket No. 120) is **DENIED**.

Dated at Milwaukee, Wisconsin, this 12th day of March, 2018.

              s/Lynn Adelman_____
              LYNN ADELMAN
              United States District Judge